ERIC HAFNER
00932005 FCI Otisville
PO Box 1000, Otisville
NY 10963
212-920-4809

10/8/2024

VIA Cert. Mail
9589071052700068115248

ERIC HAFNER,
Plaintiff

v.

FEDERAL BUREAU OF PRISONS;
WARDEN FCI OTISVILLE;
& U.S. ATTORNEY GENERAL
Defendants
(represented by U.S. Dept. of Justice)

U.S. DISTRICT COURT - SDNY

Case No. ____________

EMERGENCY VERIFIED § 2241 PETITION AND REQUEST FOR EMERGENCY PRELIMINARY INJUNCTION

*NEED RELIEF ASAP - Election related!

RECEIVED
SDNY PRO SE OFFICE
2024 OCT 21 AM 11:06

PHONE CONTACT -
* mother voicemail *
212-920-4809

Plaintiff ERIC HAFNER is a federal prisoner (Reg# 00932-005) presently serving a 240 month sentence (under appeal) from D.NJ (Crim# 19-790). The conviction/sentence are the subject of a pending Third Circuit appeal. HAFNER is presently confined at FCI Otisville, in the SDNY. —

Plaintiff is running for election in the Nov. 5th, 2024 General Election for the federal office of United States Representative as a Democrat to represent Alaska (at-Large) in the U.S. House. Plaintiff is listed on the Alaska 2024 General Election ballot, as a Democratic Party candidate for Congress. Plaintiff's candidacy was recently upheld by the Alaska Supreme Court. Plaintiff's candidacy has been widely covered by national news media.

Defendants FEDERAL BUREAU OF PRISONS; WARDEN FCI OTISVILLE; & U.S. ATTORNEY GENERAL are holding Plaintiff in their custody.

Administrative Remedies Plaintiff requires immediate, emergency relief via § 2241 and an emergency preliminary injunction. His entitlement for relief is quite clear. The unconstitutional conditions of confinement are violating his First Amendment rights to speak with news media regarding his Congressional campaign. The election is Nov. 5th, 2024. Simply put, there is no administrative remedy available to him to reasonably seek redress, in time.

Rights being violated U.S. Const. 1st amendment (free speech); 5th amendment (due process - substantive & procedural); 8th amendment (cruel & unusual punishment)

Relief sought An emergency preliminary injunction and emergency § 2241 relief, declaring that Plaintiff is entitled to take part in telephone interviews with news media, and does not require the permisson and/or approval of the prison/BOP/warden/Attorney General/Dept. of Justice to do so.

# Relevant Facts

1. After conducting telephone interviews with NPR and Alaska's News Source (TV news) - which were broadcast (via prison inmate telephone), regarding his campaign for U.S. House as a Democratic Party candidate, Plaintiff was approached after dinner on Sept. 17th, 2024 by SIS Lt. Linekooler [spelling incorrect] and generally told that the prison's position was that while "media contact" was allowed, "interviews" (even via telephone) required approval of the prison. The SIS Lt. advised there would be follow up with prison administration, who would clarify details.

2. The next morning, around 6:30-7:00am roughly, the SIS Lt., along with prison administrator Mr. Pedone, who has been Executive Assistant to Warden, and is acting Warden of FCI Otisville, and an unknown SIS officer came to speak with Plaintiff, and Mr. Pedone solidified that the prison is requiring Plaintiff receive approval of the prison - specifically Warden's office - Executive Assistant to do a telephone interview - cont'd.

(cont'd 2.) Plaintiff countered that there is no such BOP policy for news media interviews via telephone - the only such policy is for in-person news media interviews where news media visits the prison. The prison staff did not budge on their position. [Plaintiff submits there is no such policy, but even if there was, it would be clearly unconstitutional and void.] This conversation took place outside Plaintiff's housing unit on a Wednesday morning (9/17/24).

3. On Monday 9/23/24 after dinner, the prison went into lockdown. (A Scheduled Friday 9/27/24 attorney call previously scheduled did not occur.) The lockdown lasted until Monday 9/30/24. On Thursday 10/3/24, inmate telephones and computers went down. They are still down. The election is 11/5/24 and Plaintiff needs to be able to freely do telephone interviews with news media now. He cannot gain relief via administrative remedy, nor remedy the harm he is experiencing.

5. The prison does not seem to assert Plaintiff can't have "media contact", but oddly can't be "interviewed" without their express permission. This violates freedom of speech, especially for a major party candidate for Congress, as Plaintiff is!

6. Plaintiff certainly is entitled to dial up news media on the prison phone, and be interviewed by them about his candidacy for U.S. Congress. An agency of the Executive Branch cannot be allowed to censor his speech as a candidate. It seems likely his opponent in the U.S. House race and/or prosecutors told the BOP to muzzle him.

7. Defendants may be served via the U.S. Dept. of Justice in Washington, DC and FCI Otisville, Two Mile Drive, Otisville, NY 10963. U.S. Dept. of Justice will represent Defendants.

Conclusion The honorable Court should GRANT Plaintiffs' relief sought and ORDER that he may conduct telephone news media interviews, without prior permission and/or approval.

I, ERIC HAFNER, Plaintiff verify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. I am aware there are penalties for knowingly false statements.

ERIC HAFNER

Dated: Oct. 8, 2024
at Otisville, New York

Respectfully submitted,

ERIC HAFNER, Pro se
Dated: 10/8/24

* Phone contact mother voicemail
212-920-4809

ERIC HAFNER
00932005
FCI OTISVILLE
PO BOX 1000
OTISVILLE NY
10963

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

9589 0710 5270 0068 1152 48




* LEGAL MAIL

LEGAL MAIL

TO: U.S. DISTRICT COURT
CLERK'S OFFICE
500 PEARL ST
NEW YORK NY 10007

6.57

WESTCHESTER NY 105
8 OCT 2024 PM 5 L

As in past elections, USPS is ready.
If you choose to vote by mail, please mail early.

1000731316 C099