USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC HAFNER,

                Petitioner,

-against-

FEDERAL BUREAU OF PRISONS;
WARDEN FCI OTISVILLE; U.S. ATTORNEY
GENERAL,

                Respondents.

24-CV-8087 (NSR)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

NELSON S. ROMÁN, United States District Judge:

    Petitioner, who is proceeding *pro se*, brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. To proceed with a petition for a writ of *habeas corpus* in this court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Petitioner submitted the petition without the filing fee or an IFP application. Within thirty days of the date of this order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with the docket number 24-CV-8087 (NSR).

    No answer shall be required at this time. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

2

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue). The Clerk of Court is kindly directed to mail copies of this Order to *pro se* Plaintiff at his address as it is listed on ECF and show proof of service on the docket.

SO ORDERED.

Dated:   November 18, 2024
            White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge
