USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC HAFNER,

                Plaintiff,

-against-

FEDERAL BUREAU OF PRISONS,
WARDEN FCI OTISVILLE, U.S.
ATTORNEY GENERAL,

                Defendants.

7:24-CV-8087 (NSR)

ORDER OF DISMISSAL

NELSON S. ROMÁN, United States District Judge:

    By order dated November 18, 2024, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Court directs the Clerk of Court to enter judgment in this case and to send a copy of this order to *pro se* Plaintiff at his address as it is listed on ECF and to show service on the docket.

SO ORDERED.

Dated:   July 30, 2025
           White Plains, New York

                                                    NELSON S. ROMÁN
                                                  United States District Judge