**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ERIC HAFNER,

                      Plaintiff,

      -against-                                        24 **CIVIL** 8087 (NSR)

                                                        **JUDGMENT**

FEDERAL BUREAU OF PRISONS, WARDEN
FCI OTISVILLE, U.S. ATTORNEY GENERAL,

                     Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2025, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue; accordingly, the case is closed.

**Dated:** New York, New York

       July 30, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                           **BY:**           *K. Mango*

                                                     **Deputy Clerk**